**Tammy Hussin (155290)**
**WEISBERG & MEYERS, LLC**
**6455 Pyrus Pl.**
**Carlsbad, CA 92011**
**760 676 4001**
**866 565 1327 facsimile**
thussin@AttorneysForConsumers.com
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| **Ciji Ray** ) | Case No. 8:08-cv-00707-AG-MAN |
| ) | |
| Plaintiff, ) | **REQUEST TO DISMISS** |
| ) | **COMPLAINT WITH PREJUDICE** |
| vs. ) | |
| ) | **Honorable Andrew J. Guilford** |
| **First Revenue Assurance, LLC** ) | |
| ) | |
| Defendant. ) | |
| ) | |

    NOW COMES THE PLAINTIFF by and through HER attorney to respectfully notify this Honorable Court that the PLAINTIFF hereby motions to the court that this matter be dismissed with prejudice. A proposed order has been concurrently submitted to this Court via US mail.

    Respectfully submitted this 27th day of August, 2008

                  By: <u>s/Tammy Hussin</u>
                       Tammy Hussin (155290)
                       WEISBERG & MEYERS, LLC
                       6455 Pyrus Pl.
                       Carlsbad, CA 92011
                       760 676 4001
                       866 565 1327 facsimile
                       thussin@AttorneysForConsumers.com
                       Attorney for Plaintiff

Filed electronically on this 27th day of August, 2008 with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Andrew J. Guilford
United States District Court
Central District of California
Southern Division
411 West Fourth Street, Room 1053
Santa Ana CA 92701-4516

This 27th day of August, 2008

s/Tammy Hussin
Tammy Hussin