JS6

Tammy Hussin (155290)
WEISBERG & MEYERS, LLC
6455 Pyrus Pl.
Carlsbad, CA 92011
760 676 4001
866 565 1327 facsimile
thussin@AttorneysForConsumers.com
Attorney for Plaintiff

FILED
CLERK U.S. DISTRICT COURT
AUG 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| **Ciji Ray** | ) Case No. 8:08-cv-00707-AG-MAN |
| Plaintiff, | ) |
| | ) **ORDER TO DISMISS COMPLAINT** |
| vs. | ) **WITH PREJUDICE** |
| | ) |
| **First Revenue Assurance, LLC** | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the parties' motion to dismiss this case with prejudice is hereby granted.

Dated this 28th day of August, 2008.

_____
The Honorable Andrew J. Guilford

Order to Dismiss - 1